Agnes S. Hanson, Appellee and Cross-Appellant, v. Helen P. Rand, Administratrix with Will Annexed of Estate of Samuel A. Purves, Deceased, Appellant, and United Motor Coach Company, Cross-Appellee.

Gen. No. 45,205.

Eckert, Peterson & Leeming, for appellant; A. R. Peterson, Harold W. Huff, and Herbert C. Loth, Jr., of counsel; Dempsey, Mills & Casey, for certain cross-appellant; Edward B. Casey, and Frank J. Mackey, Jr., of counsel; Louis G. Davidson, Joseph D. Ryan, Louis P. Miller, and Benjamin B. Goldberg, for appellee. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed September 25, 1951; released for publication October 16, 1951.